"RETURN"

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| MARGARET HERSTER, ET AL <br><br> *Plaintiff(s)* <br> v. <br> BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY, ET AL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 13-cv-00139-JJB-SCR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AG MONACO
OFFICE OF HUMAN RESOURCE MANAGEMENT
304 THOMAS BOYD HALL
LOUISIANA STATE UNIVERSITY
BATON ROUGE, LA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   STEPHEN J. HAEDICKE, ESQ.
639 LOYOLA AVE., SUITE 1820
NEW ORLEANS, LA 70113
504.525.1328

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nick J. Lorio
*CLERK OF COURT*

Date: March 14, 2013

*Signature of Clerk or Deputy Clerk*

Jennifer Dodson Normand
3/20/13

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 13-cv-00139-JJB-SCR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _AG. Mousco_
was received by me on *(date)* _03/20/13_ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _J. Narmo J._, who is designated by law to accept service of process on behalf of *(name of organization)*
_H-R L.S.U._ on *(date)* _03/20/13_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _03/20/13_

_____
Server's signature

_Nicholas Cepressi - Process Server_
Printed name and title

_724 Villagerd. Ct._
Server's address

_Kenner, La. 70065_

Additional information regarding attempted service, etc: